IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MELCHIZEDEK SHABAZZ                                          PETITIONER

v.                          Case No. 5:06CV00256  JMM-JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                   RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Respondent's motion to dismiss is granted and that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice. It is also Ordered that Petitioner's motion to dismiss is denied.

IT IS SO ORDERED this 9th day of March, 2007.

*[signature]*
UNITED STATES DISTRICT JUDGE