IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MELCHIZEDEK SHABAZZ                                            PETITIONER

v.                          Case No. 5:06CV00256  JMM-JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                     RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Respondent's motion to dismiss is granted and Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice. It is also Considered, Ordered, and Adjudged that Petitioner's motion to dismiss is denied.

IT IS SO ADJUDGED this 9th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE