IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MELCHIZEDEK SHABAZZ**                                              **PETITIONER**

**v.**                  **Case No. 5:06CV00256 JMM-JFF**

**LARRY NORRIS, Director,
Arkansas Department of
Correction**                                           **RESPONDENT**

## ORDER

Pending is Petitioner's motion for reconsideration of the Court's order and judgment entered March 9, 2007. (Docket # 17). Petitioner claims that he mailed objections to the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr and asks the Court reconsider it's Order adopting those findings in light of his objections. The Court has reviewed the docket and no objections have been received. Accordingly, Petitioner's motion is denied as moot.

IT IS SO ORDERED this 19th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE